## SIMMONS *v.* OSWALD, CHAIRMAN, ET AL.

No. 500, Misc.   Decided October 21, 1963.

Appellant *pro se.*

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## THOMPSON *v.* MISSOURI.

No. 551, Misc.   Decided October 21, 1963.

*Eugene H. Buder* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.